# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| STEPHEN BUSHANSKY, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL BANK FINANCIAL CORP., R. EUGENE TAYLOR, MARTHA M. BACHMAN, RICHARD M. DEMARTINI, PETER N. FOSS, WILLIAM A. HODGES, SCOTT B. KAUFFMAN, OSCAR A. KELLER III, MARC D. OKEN, ROBERT L. REID, and WILLIAM G. WARD SR.,<br><br>Defendants. | Case No. 3:17-cv-00422-MOC-DSC |
| PAUL PARSHALL, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL BANK FINANCIAL CORP., R. EUGENE TAYLOR, MARTHA M. BACHMAN, RICHARD M. DEMARTINI, PETER N. FOSS, WILLIAM A. HODGES, SCOTT B. KAUFFMAN, OSCAR A. KELLER III, MARC D. OKEN, ROBERT L. REID, WILLIAM G. WARD SR., FIRST HORIZON NATIONAL CORPORATION, and FIRESTONE SUB, INC.,<br><br>Defendants. | Case No. 3:17-CV-00428-MOC-DSC |

| | |
|---|---|
| CATHERINE MCNAMARA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL BANK FINANCIAL CORP., R. EUGENE TAYLOR, MARTHA M. BACHMAN, RICHARD M. DEMARTINI, PETER N. FOSS, WILLIAM A. HODGES, SCOTT B. KAUFFMAN, OSCAR A. KELLER III, MARC D. OKEN, ROBERT L. REID, and WILLIAM G. WARD, SR.,<br><br>Defendants. | Case No. 3:17-CV-00439-MOC-DSC |

**STIPULATION AND [PROPOSED] CONSENT ORDER CONSOLIDATING ACTIONS, ESTABLISHING RESPONSIVE PLEADINGS DEADLINES, AND ESTABLISHING AN ORGANIZATIONAL STRUCTURE FOR PLAINTIFFS**

WHEREAS, on July 17, 2017, Plaintiff Stephen Bushansky filed a Class Action Complaint in Case No. 3:17-cv-00422-MOC-DSC (the "First Action");

WHEREAS, on July 19, 2017, Plaintiff Paul Parshall filed a Class Action Complaint for Violation of the Securities Exchange Act of 1934 in Case No. 3:17-cv-00428-MOC-DSC (the "Second Action");

WHEREAS, on July 25, 2017, Plaintiff Catherine McNamara filed a Class Action Complaint for Violation of Federal Securities Laws in Case No. 3:17-CV-00439-MOC-DSC (the "Third Action");

WHEREAS, the First Action, the Second Action and the Third Action (together, the "Actions") arise out of the same set of facts involving the proposed merger of Capital Bank Financial Corp. and First Horizon National Corporation;

2

NOW, THEREFORE, the parties hereby stipulate and agree as follows, by and through their undersigned counsel, and respectfully request that the Court enter this Stipulation and [Proposed] Consent Order as an Order of the Court:

## CONSOLIDATION

1. Pursuant to Fed. R. Civ. P. 42(a), the Actions are hereby consolidated for all purposes including pre-trial proceedings and trial (the "Consolidated Action").

2. All documents previously filed to date in any of the cases consolidated herein are deemed a part of the record in the Consolidated Action. Plaintiffs hereby designate the complaint filed in the First Action as the Operative Complaint in the Consolidated Action ("Operative Complaint"), and defendants need not respond to the complaint filed in the Second Action or the Third Action.

3. This Order shall apply to the Actions and to each and every Related Action that is subsequently filed in, removed to, or transferred to this Court. Each such Related Action shall be consolidated with the Consolidated Action, and this Order shall apply thereto, unless a party with good cause objects to consolidation as provided herein, or any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, by filing an application for relief, and this Court deems it appropriate to grant such application for good cause shown.

4. Every pleading filed in the Consolidated Action, or in any separate action included herein, shall bear the following caption:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE CAPITAL BANK FINANCIAL CORP. STOCKHOLDER LITIGATION | ) ) ) Lead Case No. 3:17-cv-00422-MOC-DSC |

|                                    ) MASTER FILE
|                                    )
THIS DOCUMENT RELATES TO:            )
ALL ACTIONS                          )
                                     )

5. All papers filed by the parties and all Orders of this Court shall be entered into the Master Docket. A copy of this Order shall be placed in all dockets in the Actions. The Clerk of the Court is directed to close each of those dockets, other than the Master Docket.

### SERVICE AND RESPONSIVE PLEADINGS DEADLINES

6. Upon entry of this stipulation, Defendants shall accept service of the complaints filed in the Actions through their counsel without waiving any of their defenses other than with respect to sufficiency of service of process.

7. Defendants shall have until September 30 to respond to the Operative Complaint.

### SERVICE AND RESPONSIVE PLEADINGS DEADLINES

8. Plaintiffs Bushansky, Parshall and McNamara are appointed Interim Lead Plaintiffs for the putative Class ("Interim Lead Plaintiffs") in the Consolidated Action.

9. Interim Lead Plaintiffs' selection of Counsel is approved. Pursuant to Fed. R. Civ. P. 23(g)(3), the law firms of WeissLaw LLP, Rigrodsky & Long, P.A. and Levi & Korsinsky, LLP are appointed Interim Co-Lead Counsel in the Consolidated Action ("Interim Lead Counsel") and the law firm of Ward Black Law is appointed as Interim Liaison Counsel in the Consolidated Action ("Interim Liaison Counsel").

10. Defendants take no position with regard to the appointment of Interim Lead Plaintiffs, Interim Lead Counsel, and Interim Liaison Counsel.

11. Interim Lead Counsel shall have the authority to speak for the Interim Lead Plaintiffs in matters regarding pretrial procedure and settlement negotiations.

**SO STIPULATED:**

Dated: August 3, 2017

/s/Janet Ward Black
Janet Ward Black
NC Bar No. 12869
Nancy Meyers
NC Bar No. 23339
WARD BLACK LAW
208 West Wendover Avenue
Greensboro, North Carolina 27401
(336) 510-2104 Direct Dial
(336) 510-2181 Dedicated Facsimile
jwblack@wardblacklaw.com

*Local Counsel for Plaintiffs
and Proposed Interim Liaison Counsel*

/s/Ronald R. Davis
Ronald R. Davis
NC State Bar No 20408
Brent F. Powell
N.C. State Bar No. 41938
Womble Carlyle Sandridge & Rice, LLP
One West Fourth Street
Winston-Salem, North Carolina 27101
Telephone: 336-721-3600
Email: rdavis@wcsr.com
Email: brpowell@wcsr.com

*Attorney for Capital Bank Financial Corp.,
R. Eugene Taylor, Martha M. Bachman,
Richard M. DeMartini, Peter N. Foss,
William A. Hodges, Scott B. Kauffman, Oscar
A. Keller III, Marc D. Oken, Robert L. Reid,
and William G. Ward Sr.*

Stephen R. DiPrima, Esq.*
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, NY 10019
srdiprima@wlrk.com

*Counsel for defendants Capital Bank
Financial Corp., R. Eugene Taylor, Martha
M. Bachman, Richard M. DeMartini, Peter
N. Foss, William A. Hodges, Scott B.
Kauffman, Oscar A. Keller III, Marc D.
Oken, Robert L. Reid, and William G. Ward
Sr.*

*Pro Hac Vice Forthcoming

Richard A. Acocelli
Michael A. Rogovin
Kelly C. Keenan
**WEISSLAW LLP**
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010

*Counsel for Plaintiff Stephen Bushansky and Proposed Interim Lead Counsel*

Brian D. Long
Gina M. Serra
**RIGRODSKY & LONG, P.A.**
2 Righter Parkway, Suite 120
Wilmington, DE 19803
(302) 295-5310

*Counsel for Plaintiff Paul Parshall and Proposed Interim Lead Counsel*

Richard A. Maniskas
**RM LAW, P.C.**
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
(484) 324-6800

*Counsel for Plaintiff Paul Parshall*

Donald J. Enright
Elizabeth K. Tripodi
**LEVI & KORSINSKY, LLP**
1101 30th Street, N.W., Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 337-1567
Email: denright@zlk.com
        etripodi@zlk.com

*Counsel for Plaintiff Catherine McNamara and Proposed Interim Lead Counsel*

John L. Hardiman
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Tel: (212) 558-4000

*Counsel for defendants First Horizon National Corporation and Firestone Sub, Inc.*

**SO ORDERED:**

Dated: _____  _____
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on August 3, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail address denoted on the attached Electronic Mail Notice List.

/s/Janet Ward Black
Janet Ward Black
NC State Bar 12869
Attorney for Plaintiffs
Ward Black Law
208 W. Wendover Ave.
Greensboro, NC 27401
336-333-2244
jwblack@wardblacklaw.com